**Order entered October 31, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00429-CR

### KAILLE WRIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-30193-U

### ORDER

Before the Court is the October 27, 2022 request of court reporter Sasha S. Brooks for a second extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **November 28, 2022**. We caution Ms. Brooks that further extensions are disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE